Nathan L. Howarth  
Angela M. Howarth  
14 Richards Road  
Newark, Oh 43055

Date: 4/22/2013

Regarding: Howarth, Nathan L.  
Invoice No: 17013

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 10/25/2012 | JMM | Review Student loan Proof of Claim. Letter to Angie regarding same. | 0.20 | $325.00 | $65.00 |
| 12/05/2012 | JMM | Review and respond to email regarding unemploymjent and new job issues and modificiation. | 0.10 | $325.00 | $32.50 |
| 12/05/2012 | JMM | Review and respond to Amy's two emails regarding Motion to Modify and new jobs. | 0.20 | $325.00 | $65.00 |
| 12/17/2012 | JMM | Review and respond to e-mail regarding budget and job issues. | 0.20 | $325.00 | $65.00 |
| 1/30/2013 | JMM | Letter to clients regarding tax return issues. | 0.20 | $325.00 | $65.00 |
| 2/18/2013 | JMM | Recalculated plan based upon claims filed. Letter to clients regarding motion to modify options. | 0.30 | $325.00 | $97.50 |
| 2/19/2013 | JMM | Reviewed and responded to email regarding tax refund questions. | 0.20 | $325.00 | $65.00 |
| 2/28/2013 | JMM | Telephone call with Nate's father, Rodney, regarding rental home | 0.20 | $325.00 | $65.00 |
| 3/05/2013 | SW | Telephone call with Rodney (Nate's father) regarding rental amount and plan terms | 0.10 | $225.00 | $22.50 |
| 3/05/2013 | JMM | Transmit tax return to Jeff Norman with Letter regarding retention | 0.10 | $325.00 | $32.50 |

Judith M. McInturff Co., L.P.A.

Page No.:   2

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/11/2013 | JMM | Conducted a lien search on real estate. Prepared objection to Park National Bank's Proof of Claim. Prepared letter to clients regarding the same. | 0.40 | $325.00 | $130.00 |
| 3/12/2013 | JMM | Reviewed and responded to email regarding new home lease questions | 0.15 | $325.00 | $48.75 |
| 3/14/2013 | JMM | Reviewed three emails from Angie regarding new rent payment. Reviewed Trustee's website regarding payments and plan length. Responded to emails. | 0.30 | $325.00 | $97.50 |
| 3/14/2013 | JMM | Telephone call with Rodney Howarth, Nate's father, regarding PNB and Claim Issues | 0.20 | $325.00 | $65.00 |
| 3/18/2013 | AJ | Efiled objection to Proof of Claim #1 of Park National Bank | 0.20 | $95.00 | $19.00 |
| 4/22/2013 | AJ | Prepared Application for Attorney Fees | 0.50 | $95.00 | $47.50 |

Total Fees   $982.75

*Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 2/20/2013 | Postage | 1.00 | $0.46 |

Total Expenses   $0.46

Total New Charges   $983.21

*Staff Summary*

| Name | Hours | Rate |
|---|---|---|
| Adele Jackson | 0.70 | $95.00 |
| Judith M McInturff | 2.75 | $325.00 |
| Sarah Williams | 0.10 | $225.00 |