Nathan L. Howarth  
Angela M. Howarth  
740 Crawford Road  
Newark, Oh 43055

Date:  3/24/2014

Regarding:  Howarth, Nathan L.  
Invoice No:  17741

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 10/01/2013 | JMM | Prepared new wage order.  Prepared letter to them regarding the same | 0.25 | $325.00 | $81.25 |
| 11/04/2013 | JMM | Review of Motion to Dismiss.  Prepared letter to clients regarding same | 0.25 | $325.00 | $81.25 |
| 11/09/2013 | JMM | Prepare memo opposition to Motion to Dismiss.  Prepare letter to clients regarding the same and regarding Trustee's records and hearing | 0.40 | $325.00 | $130.00 |
| 11/12/2013 | AJ | Efiled memo opposition to Motion to Dismiss | 0.20 | $95.00 | $19.00 |
| 12/06/2013 | JMM | Review and respond to emails from Trustee and clients regarding Agreed Order on Motion to Modify | 0.30 | $325.00 | $97.50 |
| 12/24/2013 | JMM | Prepared letter to clients regarding Agreed Order on Motion to Dismiss and length.  Reviewed trustee's site regarding the same | 0.25 | $325.00 | $81.25 |
| 12/27/2013 | JMM | Review and respond to email regarding Agreed Order on Motion to Dismiss | 0.10 | $325.00 | $32.50 |
| 12/31/2013 | JMM | Review and respond to email regarding case and new address.  Prepared notice regarding same | 0.20 | $325.00 | $65.00 |

Judith M. McInturff Co., L.P.A.

Page No.:    2

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/10/2014 | AJ | E file change of address | 0.20 | $95.00 | $19.00 |
| 3/24/2014 | AJ | Prepared Application for Additional Attorney Fees. | 0.25 | $95.00 | $23.75 |

Total Fees    $630.50

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 10/31/2013 | Postage October 2013 | 1.00 | $0.46 |
| 11/30/2013 | Postage for November 2013 | 1.00 | $0.92 |
| 12/31/2013 | Postage for December 2013 | 1.00 | $0.46 |

Total Expenses    $1.84

Total New Charges    $632.34

**Staff Summary**

| Name | Hours | Rate |
|---|---|---|
| Adele Jackson | 0.65 | $95.00 |
| Judith M McInturff | 1.75 | $325.00 |